THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Ramon M.
 McCullough, Appellant.
 
 
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2010-UP-135
 Submitted January 4, 2010  Filed February
17, 2010

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz,
 III, of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Ramon McCullough appeals the revocation
 of his probation.  On appeal, McCullough argues his probation revocation hearing was so summary that the record is
 insufficient for review and, therefore, the revocation should be reversed. 
 After a thorough review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss McCullough's appeal and grant counsel's motion to be
 relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.